In the Matter of WVC REALTY CORP., Appellant, v COUNTY OF DUTCHESS, et al., Respondents.

Mangano, J. P., Gibbons, Brown and Lawrence, JJ., concur.